**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael Williams                                    CHAPTER 13
                    Debtor(s)

                                                           BKY. NO. 25-14595 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                         Respectfully submitted,

                                         /s/ *Matthew Fissel*
                                         Matthew Fissel
                                         14 Nov 2025, 17:10:27, EST


                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322

Document ID: f916c97060dec5c3d5647cbabeaf85a223d221702dab6d3ef8a1dec7007b0a29