IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Michael Williams        )  Chapter 13
           Debtor(s)               )
                                   )  25-14595-amc
                                   )
                                   )

CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

   I, David M. Offen, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all the creditors on the Attached Matrix via 1st Class Mail on November 17, 2025.


Dated:    November 17, 2025        /s/ David M. Offen
                                   David M. Offen, Esquire
                                   Attorney for Debtor(s)
                                   The Curtis Center
                                   601 Walnut Street, Suite 160 West
                                   Philadelphia, PA 19106
                                   215-625-9600
                                   info@offenlaw.com

```
Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886


Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179


Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790046
St Louis, MO 63179


Comenitycapital/sakscc
Po Box 182120
Columbus, OH 43218


Credit One Bank
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113


Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058


LoanDepot
Attn: Bankruptcy
P.O.Box 250009
Plano, TX 75025
```

```
LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602



PFFCU/Police & Fire FCU
901 Arch Street
Philadelphia, PA 19107



Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896



USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288



Yendo Inc
3309 Elm St.
Dallas, TX 75226
```