United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14595-amc
Michael Williams Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 13, 2026 Form ID: 155 Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Williams, 1642 W Toronto Street, Philadelphia, PA 19132-2334 |
| 15092671 | + | Citibank N.A., 400 White Clay Center Drive, Newark DE 19711-5468 |
| 15073337 | + | loanDepot.com, LLC, c/o Matthew Fissel,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15071360 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 15090894 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 14 2026 01:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15141206 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15137455 | | Email/Text: megan.harper@phila.gov | Aug 14 2026 01:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15071361 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 14 2026 01:49:36 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15075190 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 14 2026 01:49:22 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15071362 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:29 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15092434 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:23 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15071363 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 14 2026 01:49:23 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15071364 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 14 2026 01:48:00 | Comenitycapital/sakscc, Po Box 182120, Columbus, OH 43218-2120 |
| 15071365 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 14 2026 01:49:29 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15077049 | | Email/Text: operationsclerk@easypayfinance.com | Aug 14 2026 01:48:00 | Duvera dba Easypay Finance, PO Box 2549, Carlsbad, CA 92018 |
| 15071366 | + | Email/Text: inchargehq@westcreekfin.com | Aug 14 2026 01:49:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |

| | | | | |
|---|---|---|---|---|
| 15071368 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 01:49:29 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 15074087 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2026 01:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15071367 | ^ | MEBN | Aug 14 2026 01:43:47 | LoanDepot, Attn: Bankruptcy, P.O.Box 250009, Plano, TX 75025-0009 |
| 15071369 | + | Email/Text: bankruptcy1@pffcu.org | Aug 14 2026 01:48:00 | PFFCU/Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 15076175 | + | Email/Text: bankruptcy1@pffcu.org | Aug 14 2026 01:48:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15092135 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2026 01:48:00 | Quantum3 Group LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 15091793 | | Email/Text: bnc-quantum@quantum3group.com | Aug 14 2026 01:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15071370 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 14 2026 01:49:21 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15071371 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 14 2026 01:48:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 15077634 | + | Email/Text: RASEBN@raslg.com | Aug 14 2026 01:48:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15071372 | | Email/Text: bankruptcy@yendo.com | Aug 14 2026 01:48:00 | Yendo Inc, 3309 Elm St., Dallas, TX 75226 |
| 15094415 | + | Email/Text: bankruptcy@yendo.com | Aug 14 2026 01:48:00 | YENDO INC., 400 N. Ervay St Unit 130175, Dallas, Texas 75313-0014 |
| 15086737 | + | Email/Text: bknotification@loandepot.com | Aug 14 2026 01:48:00 | loanDepot.com, LLC, Attn: Bankruptcy, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15137457 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Michael Williams ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Michael Williams<br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25−14595−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 12, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court