Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Michael Williams
1642 W Toronto Street
Philadelphia, PA 19132

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14595-AMC**

Petition Filed Date: 11/11/2025
341 Hearing Date: 01/09/2026
Confirmation Date: 08/12/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/15/2025 | $480.00 | | 01/12/2026 | $480.00 | | 02/09/2026 | $480.00 | |
| 03/09/2026 | $480.00 | | 04/13/2026 | $480.00 | | 05/11/2026 | $480.00 | |
| 06/15/2026 | $480.00 | | 07/13/2026 | $480.00 | | | | |

**Total Receipts for the Period: $3,840.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $4,320.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,835.00 | $3,987.36 | $847.64 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,583.73 | $0.00 | $1,583.73 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,211.67 | $0.00 | $3,211.67 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $5,000.00 | $0.00 | $5,000.00 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $1,142.03 | $0.00 | $1,142.03 |
| 5 | EASYPAY FINANCE obo DUVERA<br>»» 005 | Unsecured Creditors | $1,720.14 | $0.00 | $1,720.14 |
| 6 | USAA FEDERAL SAVINGS BANK<br>»» 006 | Unsecured Creditors | $5,809.24 | $0.00 | $5,809.24 |
| 7 | LOAN DEPOT<br>»» 007 | Mortgage Arrears | $513.47 | $0.00 | $513.47 |
| 8 | LVNV FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,275.80 | $0.00 | $3,275.80 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $2,427.80 | $0.00 | $2,427.80 |
| 10 | QUANTUM3 GROUP LLC<br>»» 010 | Unsecured Creditors | $7,346.51 | $0.00 | $7,346.51 |
| 11 | CITIBANK NA<br>»» 011 | Unsecured Creditors | $8,087.93 | $0.00 | $8,087.93 |
| 12 | YENDO INC<br>»» 012 | Secured Creditors | $12,410.91 | $0.00 | $12,410.91 |

**Chapter 13 Case No. 25-14595-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITY OF PHILADELPHIA (LD)<br>»» 013 | Secured Creditors | $160.99 | $0.00 | $160.99 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $742.18 | $0.00 | $742.18 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,320.00 | Current Monthly Payment: | $373.36 |
| Paid to Claims: | $3,987.36 | Arrearages: | ($960.00) |
| Paid to Trustee: | $332.64 | Total Plan Base: | $21,120.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.